## The People ex. rel. William Cuthbert v. The Common Council of Detroit.

*Mandamus: Public office: Common Council.* A writ of mandamus is not the proper proceeding to try the right to a public office.

*Heard and decided April 28.*

Motion for a *mandamus.*

The relator claimed to have been elected by the Common Council of Detroit to the office of assessor; but that the Council wrongfully deprived him of the office by refusing to count the vote of one of the members in his favor. He therefore applied for a mandamus to compel them to count such vote, and to declare him elected.

*D. C. Holbrook,* for the motion.

The Court held that *mandamus* was not a proper proceeding to try the right to a public office, and declined to make an order to show cause.